# EXHIBIT E

Case 1:15-cv-03224-ERK-RML   Document 1-7   Filed 06/03/15   Page 1 of 3 PageID #: 95

# Hallerman, Mary

| | |
|---|---|
| **From:** | Vic-Key Consultants <vickeyconsultants@gmail.com> |
| **Sent:** | Tuesday, April 14, 2015 5:36 PM |
| **To:** | Goodnight, Sarah; info@happyheartswine.com |
| **Cc:** | Zelnick, Robert; Mattsson, Ulrika |
| **Subject:** | Re: Infringement and Dilution of Kahlua Trademarks |

Dear Sarah,

I have forwarded your email to Mr. Benjamin Bauer at Happy Hearts Wine Co. in Brooklyn, NY and asked him to contact you about this issue.

I forwarded your original email from March as well.

Sincerely,
Vicki Thatcher
Vic-Key Consultants
443-521-7013


**From:** Goodnight, Sarah
**Sent:** Tuesday, April 14, 2015 4:05 PM
**To:** info@happyheartswine.com ; vickeyconsultants@gmail.com
**Cc:** Zelnick, Robert ; Mattsson, Ulrika
**Subject:** Infringement and Dilution of Kahlua Trademarks

Please see the attached.

Sent on behalf of Ulrika E. Mattsson and
Robert W. Zelnick

Sarah J. Goodnight, Legal Secretary
Assisting Matthew J. Gryzlo, Brett E. Bachtell
and Ulrika E. Mattsson
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
312-372-2000 (Main)
312-984-7700 (Fax)
312-984-2089 (Direct)

****************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
****************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.